431 A.2d 278

**COMMONWEALTH of Pennsylvania**

v.

**Donald WATERS, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 29, 1981.

Decided July 10, 1981.

Robert P. Paskings (Court-appointed), Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Victor Fortumo, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM.

The Judgments of Sentence are affirmed.